UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHERRI L. SMITH, | ) | Case No. 10-10418 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

### FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed her voluntary petition under Chapter 7 on March 11, 2010.

2. The first meeting of creditors was scheduled on May 27, 2010.

3. On June 2, 2011, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the June 2, 2011 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. U&H is requesting the allowance and payment of $3,184.50, in compensation for 12.70 hours of services performed during the period from May 27, 2010 through November 2, 2011 and reimbursement of actual expenses in the amount of $39.46.

5. A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6. <u>Employment of Bankruptcy Counsel</u>. U&H provided 1.80 hours of services to the Trustee with a value of $423.00 in connection with the Trustee's motion to employ U&H as his

bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on May 25, 2010.

7. <u>Debtor's Exemption Claim</u>. U&H provided 10.70 hours of services to the Trustee with a value of $2,658.50 in connection the with Trustee's objection to the Debtor's claimed exemption in the remaining proceeds for a severance payment that the Debtor received from her former employer. These services included legal research on the exemption issues and communications with the Debtor's counsel and the Trustee on the disputed exemption claim. U&H assisted the Trustee in negotiating a settlement of the exemption claim with Debtor's counsel and prepared a motion for court approval of the settlement. U&H appeared at the hearing on the proposed settlement and an order was entered on June 21, 2012 approving the settlement.

8. <u>Abandonment Motion</u>. U&H provided 0.20 hours of services to the Trustee with a value of $103.00 related to the Debtor's request for an abandonment order on her residence to pursue a mortgage modification with her lender. These services included a review of the Debtor's abandonment motion and the proposed order.

9. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 1.80 | $423.00 |
| Debtor's Exemption Claim | 10.70 | $2,658.50 |
| Abandonment Motion | .20 | $103.00 |
| **TOTALS** | **12.70** | **$3,184.50** |

10. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

11. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Blended Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 1.00 | $507.00 | $507.00 |
| Patrick F. Ross | 11.70 | $228.85 | $2,677.50 |
| **TOTAL** | **12.70** | | **$3,184.50** |

12. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage in the amount of $18.56 and copying expenses in the amount of $20.90 at 10 cents per page.

13. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

14. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $3,184.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $39.46.

DATE: July 20, 2012                     Respectfully Submitted

                                        UNGARETTI & HARRIS LLP

OF Counsel:                             /s/ R. Scott Alsterda
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL 60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com

3