UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SMITH, SHERRI L § Case No. 10-10418 PSH
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/13/2012 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, SHERRI L | § | Case No. 10-10418 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.75 |
| and approved disbursements of | $ | 89.54 |
| leaving a balance on hand of[1] | $ | 7,411.21 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,500.08 | $ 0.00 | $ 1,500.08 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 1.60 | $ 0.00 | $ 1.60 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 3,184.50 | $ 0.00 | $ 3,184.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 39.46 | $ 0.00 | $ 39.46 |
| Other: International Sureties, Ltd. | $ 5.98 | $ 5.98 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,725.64 |
| Remaining Balance | $ | 2,685.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,080.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,526.21 | $ 0.00 | $ 219.51 |
| 000002 | sallie mae | $ 41,876.23 | $ 0.00 | $ 1,221.34 |
| 000003 | FIA CARD SERVICEES,NA Bank of America | $ 40,784.68 | $ 0.00 | $ 1,189.50 |
| 000004 | US Department of Education | $ 1,893.40 | $ 0.00 | $ 55.22 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,685.57 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-10418-PSH
Sherri L Smith                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: preed            Page 1 of 2           Date Rcvd: Aug 10, 2012
                               Form ID: pdf006        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db           +Sherri L Smith,    18517 Pierce Terrace,    Homewood, IL 60430-3842
15240576     +Athletico, Ltd,    709 Enterprise Drive,    Oak Brook, IL 60523-8814
15240578     +Citifinancial Retail Services,    PO Box 22066,    Tempe, AZ 85285-2066
17517604      FIA CARD SERVICEES,NA Bank of America,    NA(USA)&MBNA America Bank NA,    PO Box 15102,
               Wilmington, DE 19886-5102
15240580     +GMAC Mortgage,    PO Box 4622,   Waterloo, IA 50704-4622
15240581      Ingalls Memorial Hospital,    2250 E Devon Ave,    Suite 352,   Des Plaines, IL  60018-4519
15240585     +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
15240584     +Univ of Chicago Med Center,    c/o Trustmark Recovery Service,    541 Otis Bowen Dr,
               Munster, IN 46321-4158
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15240579      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     Discover Financial,
               PO Box 15316,   Wilmington, DE  19850
17307824      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
15240582    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 11 2012 02:35:38      Sallie Mae,   11100 USA Parkway,
               Fishers, IN 46037-9203
15304491      E-mail/Text: vci.bkcy@vwcredit.com Aug 11 2012 00:18:01      VW Credit, Inc.,   P.O. Box 829009,
               Dallas, TX 75382-9009
15240586    +E-mail/Text: vci.bkcy@vwcredit.com Aug 11 2012 00:18:01      Volkswagen Credit, Inc,
               P O Box 829009,    Dallas TX 75382-9009
17513480    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 11 2012 02:46:32      sallie mae,   c/o sallie mae inc.,
               220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15240583*    +Sherri L  Smith,    18517 Pierce Terrace,    Homewood, IL 60430-3842
15240577    ##+Bank of America,    PO Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**              **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: preed              Page 2 of 2              Date Rcvd: Aug 10, 2012
                              Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
          Michel   Winkelstein    on behalf of Debtor Sherri Smith winklaw@flash.net
          Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
          kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
          TOTAL: 5