UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SMITH, SHERRI L § Case No. 10-10418
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 GMAC Mortgage PO Box 4622 Waterloo IA 50704 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Volkswagen Credit, Inc PO Box 3 Hillsboro OR 97123 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Athletico, Ltd 709 Enterprise Drive Oak Brook IL 60523 | | | | | |
| | Creditor # : 2 Bank of America PO Box 17054 Wilmington DE 19884 | | | | | |
| | Creditor # : 3 Citifinancial Retail Services PO Box 22066 Tempe AZ 75285 | | | | | |
| | Creditor # : 4 Discover Financial PO Box 15316 Wilmington DE 19850 | | | | | |
| | Creditor # : 5 Ingalls Memorial Hospital 2250 E Devon Ave Suite 352 Des Plaines IL 60018-4519 | | | | | |
| | Creditor # : 6 Sallie Mae 11100 USA Parkway Fishers IN 46037 | | | | | |
| | Creditor # : 7 Univ of Chicago Med Center c/o Trustmark Recovery Service 541 Otis Bowen Dr Munster IN 46321 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 8 US Dept of Ed-Direct Loans PO Box 5609 Greenville TX 75403 | | | | | |
| | DEPARTMENT OF THE TREASURY | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICEES,NA BANK OF AMERI | | | | | |
| 000002 | SALLIE MAE | | | | | |
| 000004 | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-10418 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | SMITH, SHERRI L | | | | Date Filed (f) or Converted (c): | 03/11/10 (f) |
| | | | | | 341(a) Meeting Date: | 04/29/10 |
| For Period Ending: 01/31/13 | | | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 18517 Pierce Terrace Homewood, IL 60430 | 192,000.00 | 0.00 | | 0.00 | FA |
| 2. Harris Bank Checking Account Location: In debtor's | 200.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Furnishings Location: In d | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Wearing Apparel Location: In debtor' | 500.00 | 0.00 | | 0.00 | FA |
| 5. AT & T Pension Benefit Plan Location: In debtor's | 33,369.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance - through AT & T | 0.00 | 0.00 | | 0.00 | FA |
| 7. Face Value = $75,000.00 Location: In debtor's poss | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2009 Volkswagen Tiguan Location: In debtor's posse | 27,000.00 | 0.00 | | 0.00 | FA |
| 9. Severance Pay from AT & T Location: In debtor's po | 48,376.00 | 0.00 | | 7,500.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.87 | Unknown |

TOTALS (Excluding Unknown Values)    $305,445.00    $0.00    $7,500.87

Value of Remaining Assets    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 07/30/12    Current Projected Date of Final Report (TFR): 07/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-10418 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SMITH, SHERRI L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9735  Checking Account |
| Taxpayer ID No: | *******9848 | | |
| For Period Ending: | 01/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,411.33 | | 7,411.33 |
| 09/20/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 1.60 | 7,409.73 |
| 09/20/12 | 030002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.08 | 5,909.65 |
| 09/20/12 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000005, Payment 100.00000% | 3110-000 | | 3,184.50 | 2,725.15 |
| 09/20/12 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000006, Payment 100.00000% | 3120-000 | | 39.46 | 2,685.69 |
| 09/20/12 | 030005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 2.91674% | 7100-000 | | 219.52 | 2,466.17 |
| 09/20/12 | 030006 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Claim 000002, Payment 2.91667% | 7100-000 | | 1,221.39 | 1,244.78 |
| 09/20/12 | 030007 | FIA CARD SERVICEES,NA Bank of America<br>NA(USA)&MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 2.91668% | 7100-000 | | 1,189.56 | 55.22 |
| 09/20/12 | 030008 | US Department of Education<br>PO Box 5609<br>Greenville, TX 75403 | Claim 000004, Payment 2.91645% | 7100-000 | | 55.22 | 0.00 |
| 12/13/12 | | Department of the Treasury<br>Financial Management Service<br>Regional Financial Center<br>P.O. Box 51320<br>Philadelphia, PA 19115-6320 | REFUND CHECK | 7100-000 | | -55.22 | 55.22 |
| 12/19/12 | 030009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 0.06112%<br>Supplemental Distribution | 7100-000 | | 4.60 | 50.62 |
| 12/19/12 | 030010 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Claim 000002, Payment 0.06125%<br>Supplemental Distribution | 7100-000 | | 25.65 | 24.97 |
| 12/19/12 | 030011 | FIA CARD SERVICEES,NA Bank of America | Claim 000003, Payment 0.06122%<br>Supplemental Distribution | 7100-000 | | 24.97 | 0.00 |

PFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-10418 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | SMITH, SHERRI L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9735 Checking Account |
| Taxpayer ID No: | *******9848 | | |
| For Period Ending: | 01/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NA(USA)&MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-10418 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SMITH, SHERRI L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9180  BofA - Money Market Account |
| Taxpayer ID No: | *******9848 | | |
| For Period Ending: | 01/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/11 | 9 | Sherri L. Smith<br>18517 Pierce Ter<br>Homewood, IL 60430<br>(Harris Bank Cashier's Check) | Severance Pay Exemption Settlement<br>Severance Pay from AT&T pursuant to Settlement Agreement<br><br>Harris Bank Cashier's Check No. 62036154 | 1149-000 | 7,500.00 | | 7,500.00 |
| 06/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 7,500.01 |
| 07/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.07 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,500.14 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.20 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.56 | 7,490.70 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,490.76 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.24 | 7,481.52 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,481.58 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,472.36 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,472.43 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.80 | 7,462.63 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,462.69 |
| 02/29/12 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 5.98 | 7,456.71 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.87 | 7,447.84 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,447.90 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.16 | 7,438.74 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,438.80 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.45 | 7,429.35 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,429.41 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.44 | 7,419.97 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,420.03 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.82 | 7,411.21 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,411.27 |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,411.33 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,411.33 | 0.00 |

**Total Of All Accounts     0.00**